IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GUADALUPE BEERBOHM,<br><br>        Plaintiff,<br><br>vs.<br><br>WHOLESTONE FARMS COOPERATIVE, INC,<br><br>        Defendant. | **8:23CV341**<br><br>**SHOW CAUSE ORDER** |

This matter comes before the court after a review of the docket and pursuant to NECivR 41.2, which states in relevant part: "At any time, a case not being prosecuted with reasonable diligence may be dismissed for lack of prosecution." Plaintiff commenced this action on August 6, 2023 (Filing No. 1). Plaintiff filed an executed summons return indicating service on CT Corporation System by certified mail on September 8, 2023. (Filing No. 6). CT Corporation System is purportedly designated by law to accept service of process on behalf of Defendant. Defendant has failed to timely answer or otherwise respond to the complaint and Plaintiff has taken no further action to prosecute the claims against Defendant.

Accordingly,

IT IS ORDERED that Plaintiff have until January 3, 2024 to show cause why the claims against Defendant Wholestone Farms Cooperative, Inc. should not be dismissed pursuant to NECivR 41.2 for want of prosecution. The failure to timely comply with this order may result in dismissal of Plaintiff's claims without further notice.

Dated this 13th day of December, 2023.

                                                                       BY THE COURT:

                                                                       *s/ Cheryl R. Zwart*
                                                                       United States Magistrate Judge